# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'CONNOR, SANDRA D. | SUPREME COURT OF UNITED STATES | 04/22/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice (Ret.) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

1 FIRST STREET, N.E.
WASHINGTON, D.C. 20543

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | The National Constitution Center |
| 2. | Member | The Rockefeller Foundation, Board of Trustees |
| 3. | Member, Advisory Board | Smithsonian National Museum of Natural History |
| 4. | Board Member | ABA Central European and Eurasian Law Initiative Council |
| 5. | Board Member | ABA Museum of Law |
| 6. | Co-Chair, National Advisory Council | Campaign for the Civic Mission of Schools |
| 7. | Board Member | Randall Lineback Breed Association |
| 8. | Board Member | William H. Rehnquist Center |
| 9. | Advisor | Aspen Institute's Justice and Society Program |
| 10. | Advisory Board Member | Bill Lane Center for the Study of the North American West at Stanford |
| 11. | Chair of the Board of Directors | iCivics.org |
| 12. | Chair of the Advisor Committee | O'Connor Advisory Committee |
| 13. | Advisory Board Member | Lloyd N. Cutler Center for the Rule of Law at the Salzburg Global Seminar |
| 14. | Special Advisor | American Bar Association Commission on Civic Education in the Nation's Schools |
| 15. | Advisory Board Member | Alzheimer's Drug Discovery Foundation |
| 16. | Honorary Board Member | International Network to Promote the Rule of Law (INPROL) |

| | | |
|---|---|---|
| 17. | Co-Chair | National Advisory Council - Heard Museum |
| 18. | Board Member | National Institute for Civil Discourse - University of Arizona |
| 19. | Special Advisor | O'Connor House Project |
| 20. | Advisory Board Member | American Bar Association - International Criminal Court Project |
| 21. | Advisory Board Member | Brookings Advisory Commitee |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/22/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/15/13 | Random House - royalty | $757.94 |
| 2. 01/16/13 | Random House - recording fee | $5,000.00 |
| 3. 07/11/13 | Random House - royalty | $1,475.87 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Dept. of Education - Curriculum Leadership Symposium | February 19-22 | Monterey, CA | Gave luncheon remarks at the Curriculum Leadership Symposium | Transportation |
| 2. | State Bar of California - Civic Learning California Summit | February 27-28 | Sacramento, CA | Dinner with Governor and group of policymakers; luncheon remarks | Transportation, lodging and meals |
| 3. | Random House | March 3-5 | New York City, NY | Various appearances for release of new book | Transportation and lodging |
| 4. | AT&T Legal Conference | March 5-6 | Dallas, TX | Remarks | Transportation, lodging and meals |
| 5. | Random House | March 15-16 | Philadelphia, PA | Various appearances for release of new book | Transportation and accommodations |

| | | | | |
|---|---|---|---|---|
| 6. Association of Supervison and Curriculum Development | March 16-17 | Chicago, IL | Attend reception and give remarks | Transportation, lodging and meals |
| 7. Ohio State Bar Association - Thoams J. Moyer Judicial Center | March 19 | Columbus, OH | Participate in opening of the forum for the Thomas J. Moyer Judicial Center | Transportation |
| 8. Rockefeller Foundation and Random House | March 25-28 | New York City, NY | Attend board meetings; appearance for release of new book | Transportation, lodging and meals |
| 9. Harvard University Law School and Boston College of Law | March 31 - April 2 | Boston, MA | Attend and participate in various panel discussions and deliver remarks | Transportation, lodging and meals |
| 10. Eureka College | April 9-10 | Eureka, IL | Participate in various receptions, visits to classes and deliver remarks | Transportation, lodging and meals |
| 11. Charleston School of Law and the Riley W. Riley Institute of Government | April 14-15 | Charleston, SC | Participate in panel presentation and opening and closing remarks | Transportation, lodging and meals |
| 12. American Inns of Court | May 17-18 | New Orleans, LA | Participate in panel session | Transportation, lodging and meals |
| 13. Elmhurst College | May 30-31 | Elmhurst, LA | Remarks | Transportation, lodging and meals |
| 14. Truman Library, Kansas City Library, and Western Court Historial Society | June 3-4 | Kansas City, MO | Remarks | Transportation, lodging and meals |
| 15. The Oklahoma Supreme Court and Western Court Historial Society | June 4-7 | Oklahoma City, OK | Attend various functions, participate on a panel and gave remarks | Transportation, lodging and meals |
| 16. White & Williams LLP | June 11 | Philadelphia, PA | Remarks | Transportation, lodging and meals |
| 17. Dallas Bar Association | June 12 | Dallas, TX | Remarks and participate in discussions | Transportation, lodging and meals |
| 18. Texas Supreme Court Historical Society | June 13-14 | Austin, TX | Remarks | Transportation, lodging and meals |
| 19. Rockefeller Foundation | June 25-27 | New York City, NY | Attend board meetings | Transportation, lodging and meals |
| 20. Federal Judicial Center | July 16 | San Diego, CA | Remarks | Transportation and meals |
| 21. National Conference of State Legislatures | August 12-13 | Atlanta, GA | Remarks | Transportation, lodging and meals |
| 22. Boise State Univeristy - Andrus Center for Public Policy | September 4-5 | Boise, ID | Remarks | Transportation, lodging and meals |
| 23. University of Montana | September 13-14 | Missoula, MT | Remarks | Transportation, lodging and meals |
| 24. Pat Broe, Rebecca Kourlis and Inst. for the Advancement of the American Legal System | September 15-18 | Denver, CO | Participate in committee meetings | Transportation, lodging and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/22/2014 |

| | | | | |
|---|---|---|---|---|
| 25. US District Court for the District of Rhode Island and Roger Willliams Law School | October 9-10 | Providence, RI | Remarks | Transportation, lodging and meals |
| 26. American Board of Trial Advocates | October 12 | Austin, TX | Remarks | Transportation, lodging and meals |
| 27. Junior League of San Francisco | October 22-23 | San Francisco, CA | Remarks | Transportation, lodging and meals |
| 28. James Madison's Montpelier and The Colonnades | November 2-4 | Charlottesville, VA | Remarks | Lodging and meals |
| 29. Lawyers Association of Kansas City and Johnson County First Amendment Foundation | November 11-12 | Kansas City, MO | Remarks | Transportation, lodging and meals |
| 30. Appellate Judges Education Institute | November 15 | San Diego, CA | Remarks | Transportation, lodging and meals |
| 31. UCLA - Ziman Real Estate Center | December 1-2 | Los Angeles, CA | Remarks | Transportation |
| 32. Association of Business Trial Lawyers | December 5-11 | San Francisco, CA | Remarks | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/22/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AZ Elected Officials Retirement | C | Pension | J | T | | | | | |
| 2. Checking Account: Suntrust Bank, Washington, DC | A | Interest | J | T | | | | | |
| 3. Checking Accounts - Capitol One Washington, D. C. | A | Interest | M | T | | | | | |
| 4. Oil and Gas Royalty fractional interest, Panola Cty., TX | A | Royalty | J | W | | | | | |
| 5. Folger, Nolan, Fleming Douglas - By Pass Trust Account | A | Int./Div. | K | T | | | | | |
| 6. Abbott Laboratories | A | Dividend | K | T | | | | | |
| 7. Abbvie Inc. | B | Dividend | L | T | Spinoff (from line 6) | 01/02/13 | K | | |
| 8. Adobe Systems, Inc. | | None | M | T | | | | | |
| 9. Apache Corp. Common | A | Dividend | L | T | | | | | |
| 10. Aqua America | B | Dividend | L | T | | | | | |
| 11. Bank New York Mellow Corp | B | Dividend | L | T | | | | | |
| 12. Becton Dickinson & Co. | B | Dividend | L | T | | | | | |
| 13. Caterpiller Inc. | B | Dividend | L | T | | | | | |
| 14. Chevron Corporation | C | Dividend | M | T | | | | | |
| 15. Church & Dwight Inc. | B | Dividend | M | T | | | | | |
| 16. Cisco Systems Inc. | B | Dividend | L | T | | | | | |
| 17. Dentsply International | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EMC Corp Mass | B | Dividend | L | T | | | | | |
| 19. Exxon Mobil Corp | C | Dividend | M | T | | | | | |
| 20. General Electric Co | C | Dividend | M | T | | | | | |
| 21. Illinois Tool Works Inc. | B | Dividend | M | T | | | | | |
| 22. Intel Corp | C | Dividend | L | T | | | | | |
| 23. International Business Machines Corp IBM | B | Dividend | L | T | | | | | |
| 24. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 25. JP Morgan Chase & Co. | C | Dividend | M | T | | | | | |
| 26. Lowes Companies Inc. | B | Dividend | M | T | | | | | |
| 27. Microsoft Corp | B | Dividend | L | T | | | | | |
| 28. Nextera Energy | B | Dividend | L | T | | | | | |
| 29. Pepsico Inc | B | Dividend | L | T | | | | | |
| 30. Procter & Gamble Co. | C | Dividend | L | T | | | | | |
| 31. T Rowe Price Group Inc. | B | Dividend | M | T | | | | | |
| 32. Target Corp. | B | Dividend | L | T | | | | | |
| 33. US Treasury Bond Due 01-17-13 | A | Interest | | | Sold | 01/17/13 | M | | |
| 34. US Treasury Bond Due 02-24-13 | A | Interest | | | Sold | 02/14/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. US Treasury Bill Due 07-18-13 | A | Interest | | | Buy | 01/24/13 | M | | |
| 36. | | | | | Sold (part) | 05/29/13 | M | | |
| 37. | | | | | Sold | 07/18/13 | L | | |
| 38. US Treasury Bill Due 08-15-13 | A | Interest | | | Buy | 02/25/13 | M | | |
| 39. | | | | | Sold | 08/15/13 | M | | |
| 40. US Treasury Bill Due 01-16-14 | | | L | T | Buy | 07/23/13 | L | | |
| 41. US Treasury Bill Due 02-13-14 | | | M | T | Buy | 08/16/13 | L | | |
| 42. United Technologies Corp. | B | Dividend | M | T | | | | | |
| 43. Walgreen Company | C | Dividend | M | T | | | | | |
| 44. Wells Fargo Company | C | Dividend | L | T | | | | | |
| 45. Time for a Change, LLC | D | Dividend | M | T | Buy | 05/29/13 | M | | |
| 46. Folger Nolan Fleming Douglas - IRA Account | A | Interest | K | T | | | | | |
| 47. -Abbott Laboratories | A | Dividend | J | T | | | | | |
| 48. -Abbvie Inc. | A | Dividend | K | T | Spinoff (from line 47) | 01/02/13 | J | | |
| 49. -Adobe Systems Inc | | None | K | T | | | | | |
| 50. -Apache Corp. | A | Dividend | K | T | | | | | |
| 51. -AT&T Corp New | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Bank New York Mellon Corp | A | Dividend | K | T | | | | | |
| 53. -Becton Dickinson & Co. | A | Dividend | K | T | | | | | |
| 54. -Caterpillar Inc. | A | Dividend | K | T | | | | | |
| 55. -Chevron Corp | B | Dividend | K | T | | | | | |
| 56. -Church & Dwight Inc | A | Dividend | K | T | | | | | |
| 57. -Cisco Systems Inc. | A | Dividend | K | T | | | | | |
| 58. -Dentsply International | A | Dividend | K | T | | | | | |
| 59. -Dominion Resources Inc of VA | A | Dividend | K | T | | | | | |
| 60. -EMC Corp Mass | A | Dividend | K | T | | | | | |
| 61. -Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 62. -General Electric Co | B | Dividend | K | T | | | | | |
| 63. -Illinois Tool Works Inc | A | Dividend | K | T | | | | | |
| 64. -Intel Corp | A | Dividend | K | T | | | | | |
| 65. -International Business Machines Corp IBM | A | Dividend | K | T | | | | | |
| 66. -Johnson & Johnson | A | Dividend | K | T | | | | | |
| 67. -JPMorgan Chase & Co | A | Dividend | K | T | | | | | |
| 68. -Lowes Companies Inc | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Microsoft Corp | A | Dividend | K | T | | | | | |
| 70. -Pepsico Inc | A | Dividend | K | T | | | | | |
| 71. -Procter & Gamble Co. | A | Dividend | K | T | | | | | |
| 72. -Southern Company | A | Dividend | J | T | | | | | |
| 73. -T Rowe Price Group Inc. | A | Dividend | K | T | | | | | |
| 74. -Target Corp | A | Dividend | K | T | | | | | |
| 75. -US Treasury Bills Due 02-14-13 | A | Interest | | | Sold | 02/14/13 | O | | |
| 76. -US Treasury Bill Due 08-15-13 | A | Interest | | | Buy | 02/25/13 | O | | |
| 77. | | | | | Sold (part) | 05/29/13 | L | | |
| 78. | | | | | Sold | 08/15/13 | O | | |
| 79. -US Treasury Bill Due 02-13-14 | | | O | T | Buy | 08/16/13 | O | | |
| 80. -United Technologies Corp | A | Dividend | K | T | | | | | |
| 81. -Walgreen Company | A | Dividend | K | T | | | | | |
| 82. -Wells Fargo Company | A | Dividend | K | T | | | | | |
| 83. Folger Nolan Fleming Douglas (Cash Account) | A | Interest | K | T | | | | | |
| 84. --US Treasury Bills Due 01-17-13 | A | Interest | | | Sold | 01/17/13 | L | | |
| 85. --US Treasury Bills Due 05-16-13 | A | Interest | | | Sold | 05/16/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   --US Treasury Bill Due 07-18-13 | | | | | Buy | 01/24/13 | L | | |
| 87. | A | Interest | | | Sold | 05/29/13 | L | | |
| 88.   --US Treasury Bill Due 11-14-13 | | | | | Buy | 05/17/13 | M | | |
| 89. | | None | | | Sold | 05/29/13 | M | | |
| 90.   Time for a Change, LLC | D | Dividend | N | T | Buy | 05/29/13 | N | | |
| 91. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/22/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/22/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SANDRA D. O'CONNOR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544